# MEMORANDUM DECISIONS

AMERICAN AGR. CHEMICAL CO. et al. v. MARKHAM. (Circuit Court of Appeals, Sixth Circuit. June 9, 1920.) No. 3398. Appeal from the District Court of the United States for the Eastern District of Michigan. Campbell, Bulkley & Ledyard, Stevenson, Carpenter, Butzel & Backus, Keena, Lightner, Oxtoby & Hanley, and Angell & Turner, all of Detroit, Mich., for appellants. John E. Kinnane, U. S. Atty., and Alfred J. Murphey and Howell Van Auken, Sp. Asst. Attys. Gen., of Detroit, Mich., for the United States.

PER CURIAM. Dismissed on motion.

BROWN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. July 15, 1920.) No. 5505. In Error to the District Court of the United States for the Southern District of Iowa. George Cosson, of Des Moines, Iowa, for plaintiff in error. E. G. Moon, U. S. Atty., of Ottumwa, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, pursuant to stipulation of parties.

CAROLINA SHIPBUILDING CORPORATION v. BURNS et al. (Circuit Court of Appeals, Fourth Circuit. August 16, 1920.) No. 1841. In Error to the District Court of the United States for the Eastern District of North Carolina, at Wilmington. Rountree & Davis, of Wilmington, N. C., for plaintiff in error. John D. Bellamy & Son, of Wilmington, N. C., for defendants in error.

PER CURIAM. Cause dismissed, under rule 20, in accordance with agreement of counsel.

CHRISTOPHER v. JEFFERSON–GRAVOIS TRUST CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 4, 1920.) No. 204. Petition to Revise Order of the District Court of the United States for the Eastern District of Missouri. B. F. Carpenter, Jr., of St. Louis, Mo., for petitioner. Augustus L. Abbott. John B. Edwards, and Edwin C. Luedde, all of St. Louis, Mo., for respondents.

PER CURIAM. Petition to revise dismissed at costs of petitioner for want of prosecution but without taxation of attorney fee.

CLEVELAND MACHINERY & SUPPLY CO. v. CONNELLSVILLE MACHINE & CAR CO. (Circuit Court of Appeals, Sixth Circuit. April 9, 1920.) No. 3371. In Error to the District Court of the United States for the Northern District of Ohio. Smith, Olds & Smith, of Cleveland, Ohio, for plaintiff in error. Cook, McGowan, Foote, Bushnell & Lamb, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed on stipulation.